OKED 442 (Rev. 09/15)

RECEIVED
U.S. MARSHALS
EASTERN OKLAHOMA
2022 AUG 24  AM 10: 46

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*11:35 am, May 26, 2023*
JEFFREY P. COLWELL, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | SEALED |
| | ) | Case No. CR 22-118-RAW |
| TA-RON EUGENE FULTZ | ) | **Colorado Case No. 1:23-mj-00098-KLM** |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
**TA-RON EUGENE FULTZ**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Assault with Intent to Commit Murder in Indian Country
Ct. 2 – Assault Resulting in Serious Bodily Injury in Indian Country
Ct. 3 – Assault with a Dangerous Weapon with Intent to do Bodily Harm in Indian Country
Ct. 4 – Use, Carry, Brandish and Discharge of a Firearm During and in Relation to a Crime of Violence



DATE: 08/23/2022
Muskogee, Oklahoma

WARRANT ISSUED:
PATRICK KEANEY, Clerk

By: _____
*Deputy Clerk*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                  _____
                                                  *Arresting officer's signature*
                                                  _____
                                                  *Printed name and title* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA



FILED
AUG 23 2022
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TA-RON EUGENE FULTZ,<br><br>Defendant. | SEALED<br><br>Case No. CR 22-118-RAW |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**ASSAULT WITH INTENT TO COMMIT MURDER IN INDIAN COUNTRY**
[18 U.S.C. §§ 113(a)(1), 1151, & 1153]

On or about May 30, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **TA-RON EUGENE FULTZ,** an Indian, did assault C.A., with intent to commit murder, to wit: by shooting C.A. with a firearm, in violation of Title 18, United States Code, Sections 113(a)(1), 1151, and 1153.

### COUNT TWO

**ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY**
[18 U.S.C. §§ 113(a)(6), 1151, & 1153]

On or about May 30, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **TA-RON EUGENE FULTZ,** an Indian, did assault C.A., resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153.

1

## COUNT THREE

### ASSAULT WITH A DANGEROUS WEAPON WITH
### INTENT TO DO BODILY HARM IN INDIAN COUNTRY
### [18 U.S.C. §§ 113(a)(3), 1151, & 1153]

On or about May 30, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **TA-RON EUGENE FULTZ,** an Indian, did assault C.A., with a dangerous weapon with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153.

## COUNT FOUR

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING
### AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii)]

On or about May 30, 2022, within the Eastern District of Oklahoma, the defendant, **TA-RON EUGENE FULTZ**, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault with Intent to Commit Murder in Indian Country, as alleged in Count One of this Indictment, and Assault with a Dangerous Weapon with Intent to Do Bodily Harm in Indian Country, as alleged in Count Three of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*[signature]*
BENJAMIN D. TRASTER, DC BAR #991030
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY